SO ORDERED: April 19, 2024.



**Jeffrey J. Graham**
**United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | | |
|---|---|---|---|
| In re | Stephanie Billington<br>xxx-xx-3124<br>xxx-xx-<br>　　　　Debtor(s) | )<br>)<br>)<br>)<br>) | Chapter 13<br><br>Case # 22-00693<br><br>Jeffrey J. Graham |

### AMENDED ORDER DIRECTED TO EMPLOYER
### TO REMIT UNDER WAGE ASSIGNMENT

Comes now the Debtor(s), having filed a plan pursuant to Chapter 13 of the United States Bankruptcy Code, which plan provides that Stephanie Billington's Employer make certain deductions from the earnings of the Debtor and that said deductions be paid to the Trustee, and

The Court, being duly advised in the premises, now finds that in order to facilitate Debtor's plan, the Employer should be ordered and directed to hold funds from the Debtor's wages and remit them to the Trustee. It is, therefore,

ORDERED, ADJUDGED, AND DECREED by this Court that **AMAZON.COM, PO BOX 81226, SEATTLE, WA 98108,** be, and hereby is, directed to deduct from the wages of **STEPHANIE BILLINGTON**, Debtor, beginning on the first pay period following receipt of

this Order, and to continue thereafter until further Order of this Court, the sum of **$160.00** per **weekly** period, and to remit the same to **Ann M. DeLaney**, Chapter 13 Trustee, P.O. Box 250, Memphis TN 38101-0250 with the docket number clearly labeled with the docket number **22-00693**.

###